**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WILLIAM GUNN, #150821,

        Plaintiff,

v.

        Case No. 05-70819
        District Judge Avern Cohn
        Magistrate Judge Steven D. Pepe

OFFICER BRAGG, et al,

        Defendants,
_____/

## ORDER RESCINDING ORDER OF REFERENCE
## TO UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the Order of Reference to United States Magistrate Judge Steven D. Pepe, for All Pretrial Proceedings, issued on March 29, 2005 is RESCINDED.

Dated: June 6, 2005

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, June 6, 2005, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160